IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MAURICE BARR, #10460-042**                                                                **PETITIONER**

**VERSUS**                                       **CIVIL ACTION NO. 5:08-cv-317-DCB-MTP**

**UNITED STATES OF AMERICA AND**
**BRUCE PEARSON**                                                           **RESPONDENTS**

<u>ORDER</u>

BEFORE the Court is Petitioner's petition for habeas relief [1] filed December 1, 2008, pursuant to 28 U.S.C. § 2241. Having reviewed the docket entries, this Court finds that the Petitioner has failed to submit an original signed petition as required by 28 U.S.C. § 2242. The Petitioner is directed to sign and return the enclosed petition [1] with the original signature to this Court on or before December 30, 2008. Accordingly, it is

ORDERED that the Clerk of Court shall mail to the Petitioner a copy of the petition [1] along with a copy of this order. The Petitioner is directed to place his signature on the petition and return the petition with the original signature to the Clerk, Western Division, P.O. Box 23552, Jackson, Mississippi 39225-3552 on or before December 30, 2008.

Petitioner is advised that failure to comply with this order in a timely manner may result in the dismissal of the instant request for habeas relief.

THIS, the  16th  day of December, 2008.

                                       s/ Michael T. Parker
                                       UNITED STATES MAGISTRATE JUDGE