**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**MAURICE BARR, # 10460-042**                                                  **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 5:08-cv-317-DCB-MTP**

**UNITED STATES OF AMERICA AND**
**BRUCE PEARSON**                                                              **RESPONDENTS**

FINAL JUDGMENT

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the   24th   day of August, 2009.


  s/David Bramlette
UNITED STATES DISTRICT JUDGE